JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-0983-AG(MLGx) | Date | April 10, 2008 |
| Title | JOHN RICHARD LUU v UNITED STATES INTERNAL REVENUE SERVICE | | |

Present: The Honorable  **ANDREW J. GUILFORD**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)  **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

Plaintiff filed this action on August 21, 2007. On March 3, 2008, this Court issued a Minute Order which ordered plaintiff to show cause in writing on or before March 21, 2008, why this action should not be dismissed for lack of prosecution for failure to prosecute the action diligently.  Plaintiff has failed to respond to the Court's Order.

     Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

:    0

Initials of Preparer   lmb